大成 DENTONS

**Kristen B. Weil**
Senior Managing Associate

kristen.weil@dentons.com
D   +1 212 632 8338

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

November 24, 2015

**BY ECF**

The Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl St., Room 1930
New York, NY 10007-1312

Re:   *Neri Carranza v. Green & Cohen P.C., et al*, Index No. 1:15-cv-04772-JFK

Dear Judge Keenan:

We represent Defendants Green & Cohen P.C., Jason Green, Beacon 109 245-251 LLC, Kenneth Friedman, and Henry Tawil ("Defendants") in the above-referenced matter.  We write to advise the Court that Defendants served Plaintiff Neri Carranza via email and FedEx with the following documents today: (1) Notice of Motion to Dismiss, (2) Memorandum of Law in Support of Defendants' Motion to Dismiss, and (3) Affirmation of Avi Schick with accompanying exhibits.

Pursuant to Sections 2(C) and 2(E) of your Individual Rules of Practice, the parties will file their motion papers on the date the last reply memorandum is due.  Accordingly, Defendants intend to file their motion papers (and reply papers) on such date.  We further intend to submit a full set of courtesy copies to your chambers on the date the last reply memorandum is due.

An initial conference is scheduled for December 1, 2015 at 11:15am.  Briefing on Defendants' motion will not be completed by that date.  However, Defendants will submit courtesy copies of any motion papers served as of December 1, 2015 if the Court so requests.

Respectfully submitted,

*Kristen B. Weil*

Kristen B. Weil

cc (via ECF):   Mary McCune
Manhattan Legal Services, Inc.
1 W. 125th St., 2nd Floor
New York, NY 10027

85571204\V-1